STATE OF NEW JERSEY v. ROSE AUDIO, INC. T/A
CRAZY EDDIE.

December 14, 1981.

Petition for certification denied.

BETTY PERLOE v. CENTEX HOMES OF NEW JERSEY, INC.

December 14, 1981.

Petition for certification denied.

BETTY PERLOE v. CENTEX HOMES OF NEW JERSEY, INC.

December 14, 1981.

Cross-petition for certification denied.

STATE OF NEW JERSEY v. STEWART A. CARPENTER.

December 14, 1981.

Petition for certification denied.